```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│              CIVIL DOCKET ENTRIES FOR CASE F99-0038--CV (JWS)           │
│                   "SUZANNE HOWARD V NORTH SLOPE BOROUGH"                │
├─────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel │
└─────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 11/29/99
             Closed: 03/02/04

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (442) Jobs

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 11/29/99 receipt # 40099094
           Trial by: Jury
```

Parties of Record:                           Counsel of Record:

```
PLF 1.1             HOWARD, SUZANNE          William B. Schendel
                                             Winfree Law Office
                                             301 Cushman Street, Suite 200
                                             Fairbanks, AK 99701
                                             907-451-6500
                                             FAX 907-451-6510

DEF 1.1             NORTH SLOPE BOROUGH      William A. Earnhart
                                             Lane Powell et al
                                             301 W. Northern Lights, #301
                                             Anchorage, AK 99503-2648
                                             907-277-9511
                                             FAX 907-276-2631
```

```
┌─────────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA           │
│              CIVIL DOCKET ENTRIES FOR CASE F99-0038--CV (JWS)               │
│                   "SUZANNE HOWARD V NORTH SLOPE BOROUGH"                    │
├─────────────────────────────────────────────────────────────────────────────┤
│                              For all filing dates                           │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 11/29/99
            Closed: 03/02/04

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (1) Original Proceeding
            Demand:
       Filing fee: Paid $150.00 on 11/29/99 receipt # 40099094
          Trial by: Jury
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 11/29/99 | Complaint filed; Summons issued. |
| 2 - | 1 | 12/02/99 | PLF 1 Notice of related case re: N98-0004CV. |
| 3 - | 1 | 12/06/99 | PLF 1 Return of Service Executed (12/1/99) re:def 1. |
| 4 - | 1 | 12/09/99 | DEF 1 Attorney Appearance. |
| 5 - | 1 | 12/10/99 | HRH Minute Order that by agreement of the judges this case is reassigned to Judge Sedwick for all further proceedings.  Use case number F99-0038 CV (JWS) on all future filings. cc: cnsl, Judge Sedwick |
| 6 - | 1 | 01/13/00 | PLF 1 Jury Demand. |
| 7 - | 1 | 01/19/00 | DEF 1 Answer to Complaint. |
| 8 - | 1 | 01/28/00 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 9 - | 1 | 02/15/00 | PLF 1; DEF 1 Response to Order re: initial case status report. |
| 10 - | 1 | 03/09/00 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 09/01/00; Disp mots ddln 10/02/00; 7 day TBJ estimate. cc: cnsl |
| 11 - | 1 | 04/07/00 | PLF 1 Final Witness List. |
| 12 - | 1 | 04/07/00 | PLF 1 Supplement re: Rule 26 disclosures. |
| 13 - | 1 | 05/02/00 | DEF 1 final Witness List. |
| 14 - | 1 | 05/19/00 | Stipulation re: confidentiality. |
| 14 - | 2 | 05/23/00 | JWS Order approving stip. cc: cnsl |
| 15 - | 1 | 07/11/00 | PLF 1 Supplemental Witness List. |
| NOTE - | 1 | 07/18/00 | Notation: Affidavit of Susan Howard lodged as exhibits are submitted under seal. |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA         │
│                CIVIL DOCKET ENTRIES FOR CASE F99-0038--CV (JWS)             │
│                    "SUZANNE HOWARD V NORTH SLOPE BOROUGH"                   │
├─────────────────────────────────────────────────────────────────────────────┤
│                             For all filing dates                            │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
Document #    Filed      Docket text
───────────   ────────   ──────────────────────────────────────────────────────

   16 -   1   07/18/00   PLF 1 motion to compel production of personnel files w/att memo, aff and
                         sealed exhs.

   17 -   1   07/19/00   PLF 1 motion to file sealed exhibits in support of motion to compel
                         w/att memo.

   18 -   1   07/26/00   JWS Order granting mot to file sealed exhs in support of mot to compel
                         (17-1). cc: cnsl

   19 -   1   07/26/00   PLF 1 Affidavit re: PLF 1 motion to compel production of personnel files
                         (16-1).

   19 -   2   07/26/00   {SEALED}

   20 -   1   08/08/00   PLF 1; DEF 1 Stipulation to extend disc ddln from 08/18/00 to 11/15/00.

   21 -   1   08/10/00   DEF 1 response to PLF 1 motion to compel production of personnel files
                         (16-1)(in camera exhs D & E forwarded to Judge).

   22 -   1   08/15/00   PLF 1 reply to opposition to PLF 1 motion to compel production of
                         personnel files w/att memo, aff and sealed exhs. (16-1)

   20 -   2   08/16/00   JWS Order setting the following dates: Discovery to close 11/15/00;
                         Dispositive motions deadline 12/15/00. cc: cnsl

   23 -   1   08/28/00   {RETURNED PER ORDER AT DKT 23A]  DEF 1 Supplemental response to PLF 1
                         motion to compel production of personnel files (16-1).

   23A-   1   08/29/00   JWS Minute Order: Supp brief at docket 23 is ordered returned. cc: csnl

   24 -   1   08/31/00   JWS Order granting/denying mot to compel production of personnel files
                         (16-1); plf entitled to atty's fees and costs by filing schedule of fees
                         and costs w/i 10 days. cc: cnsl

   25 -   1   09/06/00   DEF 1 Joint Status Report.

   26 -   1   09/11/00   JWS Minute Order suspending pretrial ddlns; parties to file joint prop
                         schedule 60 days after Ak Supreme Crt rules on 9CCA referral in N98-004
                         CV. cc: cnsl

   27 -   1   09/11/00   PLF 1 Unopposed Motion for 10 day extension to 09/21/00 to submit mot
                         re: attorney's fees w memo and aff in support.

   28 -   1   09/13/00   JWS Order granting unoppo mot at dkt 27; plf's atty fee mot due 9/21/00.
                         cc: cnsl

   29 -   1   09/20/00   PLF 1 Response to Order of 08/30/00: Plaintiff will not be filing for
                         attorney's fees as parties have informally resolved this matter.

   30 -   1   06/11/02   JWS Minute Order that joint stat rpt due 6/25/02 re: certification. cc:
                         cnsl

   31 -   1   06/14/02   DEF 1 Ntc re: change of cnsl from Dale House (LANE) to W. Earnhart
                         (LANE).

   32 -   1   06/14/02   DEF 1 Joint Status Report re: appeals status.
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE F99-0038--CV (JWS)
                    "SUZANNE HOWARD V NORTH SLOPE BOROUGH"

                            For all filing dates
```

```
Document #    Filed       Docket text

   33 -   1   03/06/03    JWS Minute Order that parties file stat rpt by 4/28/03. cc: cnsl

   34 -   1   03/10/03    DEF 1 Joint Status Report re: appeals status.

   35 -   1   03/13/03    PLF 1 Address Change Notice.

   36 -   1   03/27/03    DEF 1 Address Change Notice.

   37 -   1   05/30/03    JWS Minute Order that parties file joint stat rpt by 6/30/03 re:
                          concluding case. cc: cnsl

   38 -   1   06/30/03    DEF 1 Joint Status Report.

   39 -   1   08/25/03    JWS Minute Order that parties shall file joint stat rpt by 10/3/03
                          w/prop schedule for pre-trial activities. cc:  cnsl

   40 -   1   10/03/03    DEF 1 Report re: status.

   41 -   1   11/03/03    JWS Minute Order adopting stat rpt; disc to close 11/30/04; disp mots
                          ddln 12/30/04. cc: cnsl

   42 -   1   01/20/04    PLF 1 Notice to Court re Settlement of Case.

   43 -   1   03/02/04    JWS Minute Order dismissing case consistent w/parties' settl agreement.
                          cc: cnsl
```